UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARLOS M. HARLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COVINGTON AND BURLING, LLC, )<br>)<br>Defendant. )<br>) | Case No. 18CV2633-RBW |

**DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for Defendant Covington & Burling LLP (mis-named "Covington and Burling, LLC" in the Complaint), certify that to the best of my knowledge and belief, the Defendant has no parent companies, subsidiaries, or affiliates, nor do any companies that have outstanding securities in the hands of the public own at least 10% of the stock of Defendant.

Date: March 27, 2019

By: /s/ Michael J. Lorenger
Michael J. Lorenger (DC Bar # 454146)
Susanne Harris Carnell (DC Bar # 461530)
Lorenger & Carnell PLC
651 South Washington Street
Alexandria, Virginia 22314
(703) 684-1800 – Phone
(703) 684-1805 – Fax
mlorenger@lorengercarnell.com
scarnell@lorengercarnell.com

Counsel for Defendant Covington & Burling LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2019, I filed the foregoing DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT with the Court's electronic filing system, which will send notice of the filing to all counsel of record.

I also served Plaintiff by serving a copy of the foregoing by First Class U.S. Mail on the following:

Carlos Harley
6503 Hilmer Drive
No. 303
District Heights, MD 20747

                                                /s/Michael J. Lorenger
                                                Michael J. Lorenger